

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

November 02, 2016

Lisa McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Isidro R. Alaniz
District Attorney Webb County
P.O. BOX 1343
Laredo, TX 78042
* DELIVERED VIA E-MAIL *

Claudia Balli
P.O. Box 1058
Laredo, TX 78042
* DELIVERED VIA E-MAIL *

Presiding Judge 49th District Court
1110 Victoria, Ste 304
Laredo, TX 78042
* DELIVERED VIA E-MAIL *

David L. Reuthinger Jr.
Assistant District Attorney
1110 Victoria St.
Suite 401
Laredo, TX 78040
* DELIVERED VIA E-MAIL *

Roberto Balli
P. O. Box 1058
Laredo, TX 78042-1058
* DELIVERED VIA E-MAIL *

District Clerk Webb County
P.O. Box 667
Laredo, TX 78040
* DELIVERED VIA E-MAIL *

4th Court Of Appeals Clerk
Cadena-Reeves Justice Center
300 Dolorosa, Third Floor
San Antonio, TX 78205-3037
* DELIVERED VIA E-MAIL *

**Re:** SCHUNIOR, VICTOR MANUEL JR.
**CCA No.** PD-0526-15
**Trial Court Case No.** 2013CRM000371D1

**COA No.** 04-14-00347-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

SUPREME COURT BUILDING, 201 WEST 14TH STREET, ROOM 106, AUSTIN, TEXAS 78701
WEBSITE WWW.TXCOURTS.GOV/CCA.ASPX

FILE COPY

Abel Acosta, Clerk

FILE COPY